IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE ANTONIO SANTIAGO,<br><br>    *Petitioner*,<br><br>v.<br><br>MICHAEL OVERMYER, *et al.*,<br><br>    *Respondents*. | CIVIL ACTION<br>NO. 18-4736 |

## **ORDER**

**AND NOW**, this 24th day of January, 2019, upon consideration of Petitioner's unopposed Motion to Stay his *pro se* Petition for Writ of Habeas Corpus (ECF No. 3), Respondents' unopposed Motion to Stay (ECF No. 8) and Magistrate Judge Rueter's Report and Recommendation that the Petition be placed in abeyance until related state court proceedings are resolved (ECF No. 9), it is hereby **ORDERED** that:

1. Magistrate Judge Rueter's Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The parties' Motions to Stay are **GRANTED**; and

3. The Clerk of Court shall place this matter on the Civil Suspense Docket pending final resolution of Petitioner's *pro se* appeal filed in Pennsylvania Superior Court on October 23, 2018. The parties shall monitor the state court proceedings and notify the court when the proceedings have concluded.

                                      BY THE COURT:

                                      ***/s/ Gerald J. Pappert***
                                      GERALD J. PAPPERT, J.